## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

GARNAC GRAIN CO., INC.

    Plaintiff,

       v.

PAN AMERICAN GRAIN
MANUFACTURING CO., INC.

    Defendant

CIVIL:  97-2117 (DRD)

RECEIVED AND FILED
99 SEP 16 PM 4:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### AMENDED JUDGMENT

On motion of the plaintiff filed on July 22, 1999, the Court hereby enters Amended Judgment dismissing the entire action with prejudice, including all claims and counterclaims by the parties, and without the imposition of costs, expenses or attorney's fees.

**IT IS SO ORDERED.**

Dated: _August 31, 1995_

_____
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE